**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORRAINE MARQUEZ CARDONA, ) | Case No.: 5:12-cv-00895-CW |
| ) | |
| Plaintiff, ) | ORDER AWARDING EQUAL |
| ) | ACCESS TO JUSTICE ACT |
| vs. ) | ATTORNEY FEES AND EXPENSES |
| ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting ) | AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, ) | U.S.C. § 1920 |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,300.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:    September 4, 2013

*Carla M. Woehrle*

_____
THE HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

-1-