1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORRAINE MARQUEZ CARDONA, ) | Case No.: 5:12-cv-00895-CW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING |
| ) | EQUAL ACCESS TO JUSTICE ACT |
| vs. ) | ATTORNEY FEES AND EXPENSES |
| ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN,[1] Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

-1-

1   IT IS ORDERED that fees and expenses in the amount of $3,300.00 as
2 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Amended
3 Stipulation.  The parties' prior Stipulation and proposed order (Docket at 19) is
4 stricken.
5
6 DATE:   September 23, 2013
7
8              *Carla M. Woehrle*
9   _____
    THE HONORABLE CARLA WOEHRLE
    UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26